IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**

JUN 2 1 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | CRIMINAL NO. 17-30108-NJR |
| vs.  ) | |
| ) | |
| JOHN COCONATO,  ) | Title 18 United States Code |
| ) | Section 1001 |
| Defendant.  ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### (FALSE STATEMENT)

On or about February 13, 2017, in Bond County, within the Southern District of Illinois,

**JOHN COCONATO,**

defendant herein, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the United States, to-wit: the Federal Bureau of Prisons, United States Department of Justice; by making a false statement or representation, falsely stating and representing that he did not bring firearm, weapon, or ammunition, onto Federal Bureau of Prisons land in Greenville, Illinois. The statements and representations were false because, as JOHN COCONATO then and there knew, he possessed one 9mm Glock pistol with serial number AWD938US, 79 rounds of 9mm ammunition and 2, 15 round magazines.

All in violation of Title 18, United States Code, Section 1001.



FOREPERSON

_____
JENNIFER HUDSON
Assistant United States Attorney

_____
DONALD S. BOYCE
United States Attorney

Recommended Bond: Personal Recognizance